UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VY ORK,

           Petitioner,

    v.

JEFFERSON SESSIONS, et al.,

           Respondents.

Case No. C18-115-JLR-JPD

ORDER GRANTING STIPULATED
MOTION FOR CONTINUANCE

      This is a 28 U.S.C. § 2241 immigration habeas action. Respondents' return memorandum and motion to dismiss is currently noted for March 30, 2018, and therefore petitioner's response is due March 26, 2018. The parties have filed a stipulated motion for a two week continuance of these deadlines. Based on the parties' stipulation and finding good cause, the Court GRANTS the stipulated motion for continuance, Dkt. 10, and DIRECTS the Clerk to RE-NOTE the motion to dismiss, Dkt. 7, for April 13, 2018. Petitioner may file his response by April 9, 2018, and respondents may file a reply by the noting date.

\\

\\

ORDER GRANTING STIPULATED
MOTION FOR CONTINUANCE - 1

1     The Clerk is directed to send copies of this order to the parties and to the Honorable

2 James L. Robart.

3     Dated this 27th day of March, 2018.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING STIPULATED
MOTION FOR CONTINUANCE - 2