UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VY ORK,

        Petitioner,

v.

JEFFERSON SESSIONS, et al.,

        Respondents.

Case No. C18-115-JLR-JPD

REPORT AND RECOMMENDATION

      Petitioner brought this 28 U.S.C. § 2241 immigration habeas action to obtain release from immigration detention. On March 5, 2018, the Government filed a motion to dismiss. Dkt. 7. On April 4, 2018, the parties filed a stipulated motion to dismiss this action as moot because petitioner has been removed to Cambodia. Dkt. 12. Accordingly, the Court recommends that the parties' stipulated motion to dismiss, Dkt. 12, be GRANTED; the Government's motion to dismiss, Dkt. 7, be DENIED as moot; and this action be DISMISSED without prejudice and without costs or fees to either party. A proposed order accompanies this Report and Recommendation.

\\

\\

REPORT AND RECOMMENDATION - 1

1  The Clerk is directed to note this matter as immediately ready for the consideration of the
2  Honorable James L. Robart.
3  Dated this 9th day of April, 2018.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge